**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|   |   |   |
|---|---|---|
| In re: | § | Chapter 7 |
|  | § |  |
| US LOGISTICS SOLUTIONS INC., | § | Case No. 24-32884 (EVR) |
|  | § |  |
| Debtor. | § |  |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to sections 102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002, 3017(a), 9007, and 9010, the undersigned appears as counsel for Ryder Truck Rental, Inc. ("Ryder"), a creditor and party-in-interest, and requests that all notices given or required to be served in this case be served upon the following individual at the following address and that such individual be added to the mailing matrix in the above-referenced case.  All such notices should be addressed as follows:

Deborah M. Perry
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile:  (214) 855-7584
E-mail: dperry@munsch.com

**PLEASE TAKE FURTHER NOTICE** that, the request set forth above includes the notices and all other papers mentioned or described in Bankruptcy Rules 2002, 3017(a), and 9010(b) and the Bankruptcy Rules referenced or incorporated in Bankruptcy Rules 2002, 3017(a), and 9010(b) and also includes, without limiting the generality of the foregoing request, all orders, pleadings, motions, applications, complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses, memoranda, and briefs in support of any of the

foregoing and any other paper or document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, overnight delivery, messenger, telephone, facsimile, e-mail, or otherwise filed or made with regard to the above-referenced case and proceedings therein.

      **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of Ryder:  (1) to have final orders in noncore matters entered only after de novo review by a United States District Judge; (2) to have a trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contest jurisdiction or appropriate venue in any case, controversy, or proceeding related to this case; or (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Ryder is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Ryder expressly reserves.  This Notice of Appearance and Request for Service of Papers is not, and shall not be construed to be, a consent of Ryder pursuant to 28 U.S.C. § 157(c)(2).

Dated:  June 24, 2024                    MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ *Deborah M. Perry*                    
       Deborah M. Perry
       Texas Bar No. 24002755
       500 N. Akard Street, Suite 4000
       Dallas, Texas 75201-6659
       Telephone:  (214) 855-7500
       Facsimile:  (214) 855-7584
       E-mail:  dperry@munsch.com

**Attorneys for Ryder Truck Rental, Inc.**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of June, 2024, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this Bankruptcy Case.


/s/ *Deborah M. Perry*                    
       Deborah M. Perry