IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>US Logistics Solutions Inc.<br><br>Debtor. | Chapter 7<br><br>Case No. 24-32884(EVR) |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

**NOTICE IS HEREBY GIVEN** pursuant to Federal Rule of Bankruptcy Procedure 2002 that Blank Rome LLP, counsel for Context Credit Holdings, LP ("Context"), requests that all notices given or required to be given in these cases be given to and served upon Blank Rome LLP at the following addresses:

Regina Stango Kelbon, Esq.
Jordan L. Williams, Esq.
**BLANK ROME LLP**
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
regina.kelbon@blankrome.com
jordan.williams@blankrome.om

**NOTICE IS FURTHER GIVEN** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, or otherwise, that affect or seeks to affect in any way the above-captioned Debtor or the property of the Debtor, or any of the rights or interests held or asserted by Context with respect to the Debtor or property of the Debtor.

1

**NOTICE IS FURTHER GIVEN** that this *Request for Notices and Other Papers Pursuant to Federal Rule of Bankruptcy Procedure 2002* shall not be deemed or construed to be a waiver of any substantive or procedural right of Context, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Context in this or any related case or where any proceeding is to be initiated by complaint against Context in accordance with applicable non-bankruptcy law, service shall be made on Context in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) have final orders in non-core matters entered only after de novo review by the United States District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between Context, the debtors or any third party; or (f) any other rights, claims, actions, defenses, to which Context is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, Context expressly reserves.

*(Remainder of page intentionally left blank)*

Dated: June 27, 2024
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Ira L. Herman*
Ira L. Herman (Texas Bar No. 24063314)
1271 Avenue of the Americas
New York, NY 10020
Telephone:     (212) 885-5000
Facsimile:     (212) 885-5001
E-mail:        ira.herman@BlankRome.com

-and-

Regina Stango Kelbon, Esq.
Jordan L. Williams, Esq.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:     (302) 425-6400
Facsimile:     (302) 425-6464
Email:         regina.kelbon@blankrome.com
               jordan.williams@blankrome.com

*Counsel to the Context Credit Holdings, LP*