**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| US Logistics Solutions Inc., | ) | Case No. 24-32884 (EVR) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

| **United States Bankruptcy Court**<br>**Southern District of Texas**<br>**Houston Division** | |
|---|---|
| Main Case No: 24-32884 | Name of Debtor: US Logistics Solutions Inc. |
| | |
| Witnesses: | |
| Glenn Dunn, Senior Domestic Transportation Manager, Caleres, Inc. | Judge: Eduardo V Rodriguez |
| Any rebuttal and/or impeaching witnesses | Courtroom Deputy: Ana Castro |
| Any witness designated by the other party | Hearing Date: August 6, 2024 |
| Any witness necessary to authenticate a document. | Hearing Time: 1:30 p.m. |
| | Party's Name: Caleres, Inc. |
| | Attorney's Name:<br>Nathan R. Wallace (*pro hac vice*)<br>Christopher J. Lawhorn (*pro hac vice*) |
| | Attorney's phone:<br>(314) 854-8734 |
| | Nature of Proceeding: Emergency Motion of Caleres, Inc. for Relief from the Automatic Stay [Dkt. 117] |

| Ex. # | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of Glenn Dunn [Dkt. 117-1] | | | | |
| 2 | Motor Carrier Contract [Dkt. 117-2] | | | | |
| 3 | Bill of Lading [Dkt. 117-3] | | | | |
| 4 | Partial List of Inventory in Debtor's facility [Dkt. 117-4] | | | | |

Respectfully submitted,

*/s/* Christopher J. Lawhorn
Christopher J. Lawhorn, #45713
Nathan R. Wallace, #74890
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63130
Telephone: (314) 854-8600
Facsimile: (314) 854- 8660
Email: cjl@carmodymacdonald.com
Email: nrw@carmodymacdonald.com

*Attorneys for Caleres, Inc.*