United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| US LOGISTICS SOLUTIONS, INC., | ) | Case No. 24-32884 (EVR) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## ORDER

Upon consideration of Ruthven Parkway Center, LLC's ("Movant") Emergency Motion to Compel Trustee to Reject Executory Commercial Warehouse Lease and Abandon Certain Personal Property (Doc. No. 169) (the "Motion"); the Court having determined that the relief requested in the Motion is appropriate; it appearing that due and adequate notice of the Motion has been given; and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefore; it is hereby ORDERED, as follows:

1. The Motion is GRANTED.

2. The Lease[1] is hereby rejected pursuant to 11 U.S.C. § 365, possession of the Warehouse is surrendered to the Movant effective the date of this Order.

3. All personal property and fixtures owned by the Debtor and located at or in the Warehouse are abandoned under 11 U.S.C. § 554 of the Bankruptcy Code as of the date of this Order and the Movant may use or dispose of the abandoned property in its sole discretion.

4. To the extent applicable, the automatic stay under 11 U.S.C. § 362(a) is modified to allow the Movant to retake possession and control of the Warehouse and use or dispose of any abandoned personal property and fixtures located therein.

5. This Court retains jurisdiction with respect to all matters arising from or related to implementation, interpretation and enforcement of this Order.

Signed: August 16, 2024

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge